## Commonwealth v. Dill, Appellant.

Argued March 17, 1970.

*Harry L. Green, Jr.*, First Assistant Public Defender, for appellant; *Paul W. Tressler*, Assistant District Attorney, with him *Stewart J. Greenleaf*, Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Drummond, Appellant.

Submitted March 16, 1970.

*Gilbert Toll* and *Melvin Dildine*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.